```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
L.L., *et al.*,                                               :
                                                              :
                                    Plaintiffs,               :   1:23-cv-5199-GHW
                                                              :
              -v –                                            :   ORDER
                                                              :
NEW YORK CITY DEPARTMENT OF                                   :
EDUCATION,                                                    :
                                                              :
                                    Defendant.                :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On June 20, 2023, Plaintiff filed the complaint in this action. Dkt. No. 1. On June 21, 2023, the Court scheduled an initial pre-trial conference to take place on September 29, 2023. Dkt. No. 7. On September 21, 2023, the parties requested a 90-day adjournment of the conference to allow the parties more time to negotiate a settlement before conducting the conference. The parties' request to adjourn the September 29, 2023 conference is granted. The initial pre-trial conference is adjourned to January 3, 2024, at 3:00 p.m. The new deadline for the parties to submit their joint letter and case management plan is December 22, 2023. The parties are ordered to provide a status letter by November 8, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

SO ORDERED.

Dated: September 22, 2023
       New York, New York                       _____
                                                        GREGORY H. WOODS
                                                     United States District Judge